UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-40360 |
| THOMAS F GRIFFIN | § | |
| DEBTORS(S), | § | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY          ROCKWALL CAD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on __19th__ day of __March__, 2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

GREGORY WAYNE MITCHELL  
THE MITCHELL LAW FIRM, LP  
12720 HILLCREST ROAD, SUITE 625  
DALLAS, TX 75230  

CAREY D. EBERT  
OFFICE OF CH 13 TRUSTEE  
P.O. BOX 941166  
PLANO, TX 75094  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2777 N. Stemmons Freeway  
Suite 1000  
DALLAS, TX 75207  
Telephone:  (214) 880-0089  
Facsimile:   (469) 221-5003  
Email:        dallas.bankruptcy@publicans.com  

By: _/s/ Lisa Large Cockrell_  
Lisa Large Cockrell  
SBN: 24036379 TX