

# Form 22C-2

## Part 1: Calculate Your Deductions From Your Income

| # | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 5 | The number of people used in determining your deductions from income. | | | | | Two |
| 6 | National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous. | | | | | $1,288.00 |

### Line 7 — National Standards: health care

| | Household members under 65 years of age | | Household members 65 years of age or older | | Total |
|---|---|---|---|---|---|
| a1. Allowed per member | | $55.00 | a2. Allowed per member | $114.00 | |
| b1. Number of members | | 2 | b2. Number of members | 0 | |
| c1. Subtotal | | $110.00 | c2. Subtotal | $0.00 | $110.00 |

| # | Description | | | | Amount |
|---|---|---|---|---|---|
| 8 | Local Standards: housing and utilities; utilities/maintenance expense. | | | | $607.00 |

### Line 9 — Local Standards: housing and utilities; mortgage/rental expense

| Description | Amount | Total |
|---|---|---|
| IRS Housing and Utilities Standards; mortgage/rent expense | $1,464.00 | |
| Average Monthly Payment for any debt secured by you home, if any, as stated in Line 33 | $1,949.81 | |
| Net mortgage/rental expense | ($485.81) | $0.00 |

| # | Description | | | Amount |
|---|---|---|---|---|
| 10 | Local Standards: housing and utilities; adjustment. | | | $0.00 |
| 11 | Local Standards: transportation; vehicle operation/public transportation expense. Adjustment: $0.00  Number of Vehicles: Two or more | | | |
| 12 | | | | $562.00 |

### Line 13 — Local Standards: transportation ownership/lease expense

**Vehicle 1.**  Number of Vehicles: Zero

| Description | Amount | Total |
|---|---|---|
| IRS Transportation Standards, Ownership Costs | $508.00 | |
| Average Monthly Payment for any debt secured by Vehicle 1, as stated in Line 33 | $0.00 | |
| Net ownership/lease expense for Vehicle 1 | $508.00 | $0.00 |

**Vehicle 2.**

| Description | Amount | Total |
|---|---|---|
| IRS Transportation Standards, Ownership Costs | $508.00 | |
| Average Monthly Payment for any debt secured by Vehicle 2, as stated in Line 33 | $0.00 | |
| Net ownership/lease expense for Vehicle 2 | $508.00 | $0.00 |

| # | Description | Amount |
|---|---|---|
| 14 | Local Standards: transportation; public transportation expense | $0.00 |
| 15 | Local Standards: transportation; additional public transportation expense. | $0.00 |
| 16 | Other Necessary Expenses: taxes. | $1,000.00 |
| 17 | Other Necessary Expenses: involuntary deductions for employment. | $0.00 |
| 18 | Other Necessary Expenses: life insurance. | $0.00 |
| 19 | Other Necessary Expenses: court-ordered payments. | $0.00 |
| 20 | Other Necessary Expenses: education for employment or for a physically or mentally challenged child. | $0.00 |
| 21 | Other Necessary Expenses: childcare. | $0.00 |
| 22 | Other Necessary Expenses: healthcare. | $0.00 |
| 23 | Other Necessary Expenses: telecommunication services. | $0.00 |
| 24 | Total Expenses Allowed under IRS Standards. | $3,567.00 |

### Additional Expense Deductions
(Do not include any expenses listed in 6-23)

### Line 25 — Health Insurance, Disability Insurance, and Health Savings Account Expenses

| Description | Amount | Total |
|---|---|---|
| Health Insurance: | $0.00 | |
| Disability Insurance: | $0.00 | |
| Health Savings Account: | $0.00 | $0.00 |
| If you do not actually expend this total amount, state your actual total average monthly expenditures. | $0.00 | |

| # | Description | | Amount |
|---|---|---|---|
| 26 | Continued contributions to the care of household or family members. | | $0.00 |
| 27 | Protection against family violence. | | $0.00 |
| 28 | Home energy cost in excess of the allowance specified by the IRS Local Standard. Actual Expense: $0.00 | | $0.00 |
| 29 | Education expenses for dependent children under 18. | | $0.00 |
| 30 | Additional food and clothing expense. Actual Expense: $0.00 | | $0.00 |
| 31 | Continued charitable contributions. | | $0.00 |
| 32 | Total Additional Expense Deductions under 707(b). | | $0.00 |

### Deductions for Debt Payment

### Line 33 — Future payments on secured claims.

| Creditor Name | Property Securing the Debt | Average Monthly Payment | Includes Taxes or Insurance | Total |
|---|---|---|---|---|
| MIDLAND MORTGAGE | | $1,512.00 | | |
| NEW REZ | House | $1,949.81 | | |
| TOWNSEND VILLAGE HOA | House | $0.00 | No | $3,461.81 |

### Line 34 — Other payments on secured claims.

| Creditor Name | Property Securing the Debt in Default | 1/60th of the Cure Amount | Total |
|---|---|---|---|
| MIDLAND MORTGAGE | | $397.98 | |
| NEW REZ | House | $149.76 | |
| TOWNSEND VILLAGE HOA | House | $40.49 | $588.23 |

| # | Description | | Amount |
|---|---|---|---|
| 35 | Payments on prepetition priority claims  Priority Adjustment: $3,500.00 | | $58.33 |

### Line 36 — Chapter 13 administrative expenses.

| Description | Amount | Total |
|---|---|---|
| Projected average monthly Chapter 13 plan payment: | $1,181.67 | |
| Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees: | 9.60% | $113.44 |

| # | Description | Amount |
|---|---|---|
| 37 | Total Deductions for Debt Payment. | $4,221.81 |

### Total Deductions from Income

| # | Description | Amount |
|---|---|---|
| 38 | Total of all deductions allowed under 707(b)(2). | $7,788.81 |

| # | Part 2: Determine Your Disposable Income Under 11 U.S.C. 1325(b)(2) | |
|---|---|---|
| 39 | Total current monthly income. | $8,600.00 |
| 40 | Support income. | $0.00 |
| 41 | Qualified retirement deductions. | $0.00 |
| 42 | Total of all deductions allowed under 707(b)(2). | $7,788.81 |
| 43 | Deduction for special circumstances. | $0.00 |
| | Description / Amount | |
| 44 | Total adjustments to determine disposable income. | $7,788.81 |
| 45 | Monthly Disposable Income Under 1325(b)(2). | $811.19 |

| # | Part 3: Change in Income or Expenses | |
|---|---|---|
| 46 | Other Expenses. | $0.00 |
| | Expense Description / Monthly Amount | |

$$\frac{\phantom{xxxxx}\text{x}60}{\$48{,}671.40}$$