IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS F. GRIFFIN | § | CASE NO. 20-40360 |
| 1636 TROWBRIDGE CIRCLE | § | |
| ROCKWALL, TX 75032 | § | CHAPTER: 13 |
| XXX-XX-1242 | § | |
| DEBTOR(S), | § | |
| | § | |
| STACY L. GRIFFIN | § | |
| 1636 TROWBRIDGE CIRCLE | § | |
| ROCKWALL, TX 75032 | § | |
| | § | |
| JOINT DEBTOR(S) | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACTION AGAINST PROPERTY LOCATED AT 1636 TROWBRIDGE CIRCLE, ROCKWALL, TX 75032 WITH WAIVER OF 30-DAY REQUIREMENT FILED BY LOANCARE, LLC.**

**NOTICE TO ALL PARTIES**

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**LoanCare, LLC**, ("Movant") by and through the undersigned attorney, moves the Court as follows:

1.      This Motion is brought pursuant to 11 U.S.C. § 362(d)(1) in accordance with Rule 4001 of the Bankruptcy Rules.

2.      On or about February 3, 2020, Debtor(s) filed a petition for an order of relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C.

3.      At the time of filing the Chapter 13 petition, Movant held a Note executed on September 15, 2016 by Debtor, Thomas F. Griffin, and Joint Debtor, Stacey L. Griffin, in the original amount of $255,201.00. A true and correct copy of the Note is attached hereto as Exhibit "**A**".

4.      The indebtedness is secured by a Deed of Trust dated September 15, 2016, recorded on August 3, and executed by Debtor(s), Thomas F. Griffin and Joint Debtor, Stacey L. Griffin, on real estate with all improvements known as:

> LOT 12, BLOCK A, TOWNSEND VILLAGE, AN ADDITION TO THE CITY OF ROCKWALL, ROCKWALL COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET H, SLIDE 359, PLAT RECORDS, ROCKWALL COUNTY, TEXAS.

A true and correct copy of the Deed of Trust is attached hereto as Exhibit "**B**".

5.      Prior to the filing of the petition, Debtor(s) were indebted to Movant according to the terms and conditions of the Note and Deed of Trust.

6.      The Debtor(s) Chapter 13 Plan (the "Plan") (Docket Entry #17) provides that the Movant's mortgage claim shall be paid directly by the Debtor(s) in accordance with the pre-petition contract.

7.      The Debtor(s) have failed to maintain current the post-petition payments due under the note and under Plan. The Plan was confirmed on July 17, 2020 (Docket Entry #41).

*Space Intentionally Left Blank*

8. As of July 15, 2020, the Debtor(s) are due for eleven (5) post-petition payments including payments due through July 1, 2020 for a total post-petition amount due of **$8,913.75.**

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|
| 5 | 03/01/2020 | 07/01/2020 | $1,782.75 | $9,749.05 |

**Total: $8,913.75**

9. The total amount due to Movant, as of July 15, 2020, is **$270,228.98**.[1] A true and correct copy of the post-petition payment history is attached hereto as Exhibit "**C**".

10. An Affidavit in Support of the Motion for Relief from Automatic Stay is attached hereto as Exhibit "**D**".

11. The value of the collateral pursuant to Schedule D is **$300,000.00.**

12. Debtor(s) have failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(a).

13. By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Deed of Trust.

14. Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

15. The provision of Rule 4001(a)(3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

---

[1] This amount includes interest, escrow/impound overdraft, suspense balance, miscellaneous expenses due, recording fees, and attorney fees and costs.

a) Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

b) Alternatively, that Movant be made whole by having all post-petition payments brought current.

c) That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

d) That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

e) That upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

f) That Movant be awarded its reasonable post-petition fees and expenses and any such other relief as the Court deems just.

Respectfully submitted,

*/s/ Philip S. Traynor*
Philip S. Traynor
State Bar No. 24083985

**Albertelli Law**
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
Tel: (469) 804-8457
Fax: (469) 804-8462
bktx@albertellilaw.com
ptraynor@alaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic notice and/or Regular U.S. Mail to the parties listed on the attached service list on September 14, 2020.

*Debtor*
Thomas F. Griffin
1636 Trowbridge Circle
Rockwall, TX 75032

*Joint Debtor*
Stacey L. Griffin
1636 Trowbridge Circle
Rockwall, TX 75032

*Attorney for Debtors*
Gregory W. Mitchell
1412 Main Street
Suite 500
Dallas, TX 75202

*Trustee*
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

*U.S. Trustee*
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Rockwall CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Lisa Large Cockrell
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Abbey U. Dreher
Barrett Daffin Frappier Turner & Engel
4004 Beltline Road, Suite 1000
Addison, TX 75001

Townsend Village Homeowners
Association, Inc
c/o Essex HOA Management
1512 Crescent Drive, Suite 112
Carrollton, TX 75006

*/s/ Philip S. Traynor*
Philip S. Traynor
State Bar No. 24083985

**Albertelli Law**
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
Tel: (469) 804-8457
Fax: (469) 804-8462
bktx@albertellilaw.com
ptraynor@alaw.net