# EXHIBIT C

# Bankruptcy Ledger Information: 0036237857 [ Account Data Views:623 ]

| Borrower: | GRIFFIN,THOMAS | Address: | 1636 TROWBRIDGE CIR | Prin Bal: | $251,160.37 | Investor Type: | FNMA |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | GRIFFIN,STACEY | City: | ROCKWALL | Add Prin Bal: | $0.00 | Investor #: | 4M1 |
| Due Date: | 09/01/2019 | State: | TX | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ▇▇▇▇▇ |
| Last Pmt Appd On: | 09/30/2019 | Zip Code: | 75032 | Total Pmt Amt: | $1,949.81 | PLS Client ID: | 095/NEW RESIDENTIAL MORTGAGE LLC |

## Filing Information

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy Chapter: | Chapter13Filed | Bankruptcy Case Number: | 20-40360 | Bankruptcy Filing Date: | 02/03/2020 Bankruptcy Debtor: |
| Bankruptcy Debtor 1 Name: | THOMAS GRIFFIN | Bankruptcy Debtor 2 Name: | STACEY GRIFFIN | First Post Petition Due Date: | 03/01/2020 Current Post Petition Due Date: 03/01/2020 |
| Post Petition Payment Amount: | $1,782.75 | | | | |

## Additional Post Petition Amounts Due

No Data Available

## Comments

Row Count = 0

| Comment Type | Comment Line 1 Description | Comment Line 2 Description | Comment Line 3 Description |
|---|---|---|---|
| No Data Available | | | |

## Ledger Information

Row Count = 2

| History Entry Source | Ledger Date | Received Amount | Payment Due Date | Activity Description | History Type | Payment Effective Date | Check Date | Check Number | Applied Amount | Post Petition Payment Due Amount | New Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| InsideHostSystemGeneratedEntry | 02/04/2020 | | | BEGINNING DEBTOR SUSPENSE BALANCE | PostPetition | | | | | | $0.00 |
| InsideHostSystemGeneratedEntry | 02/04/2020 | | | BEGINNING TRUSTEE SUSPENSE BALANCE | Trustee | | | | | | $0.00 |