THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS F GRIFFIN | § | CASE NO. 20-40360-R |
| XXX-XX-1242 | § | |
| 1636 TROWBRIDGE CIRCLE | § | CHAPTER 13 |
| ROCKWALL, TX 75032 | § | |
| | § | |
| DEBTOR | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING ON <u>October 21, 2020</u>, AT <u>10:00 am</u> AS FOLLOWS:**

**THE MOTION TO DISMISS HEARING WILL BE HELD TELEPHONICALLY.
PLEASE DIAL INTO THE HEARING CONFERENCE LINE: 1-888-675-2535
YOU WILL BE PROMPTED FOR AN ACCESS CODE: 4225607
WHEN PROMPTED FOR A SECURITY CODE PLEASE USE: 2564**

(A) Parties may submit exhibits by attaching the proposed exhibits to that party's witness and exhibit list.
e proposed exhibits shall be marked in accordance with the Court's Local Bankruptcy Rules as if they were being offer at an in-person hearing.
(B) Parties may present direct witness testimony by affidavit or declaration under penalty of perjury.

COMES NOW Carey D. Ebert, Chapter 13 Trustee, and files this Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. The Debtor has unreasonably delayed the case because the Debtor has failed to make Chapter 13 plan payments as required by 11 USC §1326(a)(1). As of September 28, 2020, the Debtor is in arrears in the amount of $3,600.00.

2. Failure to perform this duty constitutes an unreasonable delay by the Debtor that is prejudicial to creditors under 11 USC §1307(c)(1) and amounts to a material default of a confirmed plan under 11 USC §1307(c)(6), and thus, cause exists for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, Chapter 13 Trustee, prays that this case be dismissed for cause.

Respectfully submitted,

<u>/s/ Carey D. Ebert</u>
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Motion to Dismiss and Setting Hearing has been served upon the following parties in interest by mailing a copy of same to them via first class mail and uploaded to the Court for service by the Bankruptcy Noticing Center to the parties on the Court's mailing matrix on the date set forth below .

THOMAS F GRIFFIN  
1636 TROWBRIDGE CIRCLE  
ROCKWALL, TX  75032

GREGORY W. MITCHEL  
12720 HILLCREST RD. SUITE 625  
DALLAS, TX  75230-2163

Dated:  September 29, 2020                  /s/ Carey D. Ebert  
                                                                                      Office of the Standing Chapter 13 Trustee