**Fill in this information to identify the case:**

Debtor 1: THOMAS F GRIFFIN

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Texas
(State)

Case number: 20-40360-BTR-13

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** MIDFIRST BANK

**Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: 6 7 9 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____ ____ _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 3/30/2020 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Plan review | 3/13/2020 | (11) | $ 350.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 1

Debtor 1 THOMAS F GRIFFIN    Case number (if known) 20-40360-BTR-13
First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your ddress and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ JOHN R. CALLISON    Date 07/03/2020
Signature

Print: JOHN R.    CALLISON    Title ATTORNEY FOR CREDITOR
First Name  Middle Name  Last Name

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address  4004 BELT LINE RD. SUITE 100
Number  Street
ADDISON, TEXAS 75001
City  State  ZIP Code

Contact phone (972) 386-5040    Email EDECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2020, a true and correct copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ JOHN R. CALLISON                                07/03/2020
JOHN R. CALLISON
TX NO. 24076295
4004 BELT LINE RD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: EDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
THOMAS F GRIFFIN
1636 TROWBRIDGE CIRCLE
ROCKWALL, TX 75032

THOMAS F GRIFFIN
8801 PINE FOREST DRIVE
ROWLETT, TX 75088

**DEBTOR'S ATTORNEY:**
GREGORY W. MITCHELL
1412 MAIN STREET
SUITE 500
DALLAS, TX 75202

**TRUSTEE:**
CAREY D. EBERT
P. O. BOX 941166
PLANO, TX 75094-1166